UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON COOK,<br><br>    Plaintiff<br><br>v.<br><br>NV UNEMPLOYMENT BOARD OF REVIEW,<br><br>    Defendant | Case No.: 2:24-cv-02280-APG-MDC<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 5] |

On December 19, 2024, Magistrate Judge Couvillier recommended that I dismiss plaintiff Aaron Cook's complaint without leave to amend in this court, but without prejudice to Cook refiling his case in state court. ECF No. 5.  Cook did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation **(ECF No. 5) is accepted**, and plaintiff Aaron Cook's complaint **(ECF No. 1-1) is dismissed** without leave to amend in this court, but without prejudice to Cook refiling his case in state court.  The clerk of court is instructed to close this case.

DATED this 7th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE